**Dismissed and Opinion Filed May 11, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00994-CV

**CHRISSIE YOUNG, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03678-D**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

We reinstate this appeal. This case was abated on July 5, 2017 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was dismissed on September 11, 2017, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

160994f.p05

/Bill Pedersen, III//
_____
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISSIE YOUNG, Appellant

No. 05-16-00994-CV      V.

DALLAS HOUSING AUTHORITY, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-16-03678-D.

Opinion delivered by Justice Pedersen, III. Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 11th day of May, 2021.